■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENE BEAULIERE, Appellant. [831 NYS2d 88]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered November 13, 2002, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was deprived of a fair trial by the introduction of evidence of his pre-arrest silence into evidence is unpreserved for appellate review since he failed to raise that specific objection at trial (*see* CPL 470.05 [2]; *People v Materon,* 276 AD2d 718 [2000]; *People v Davis,* 223 AD2d 652 [1996]; *People v Loaiza,* 201 AD2d 587 [1994]). In any event, the contention is without merit.

Similarly, the defendant never objected to the prosecutor's summation comments regarding pre-arrest silence. Therefore, his argument that he was deprived of a fair trial by such comments is unpreserved for appellate review (*see People v Materon, supra; People v Salaman,* 231 AD2d 464, 465 [1996]; *People v Johnson,* 110 AD2d 1057 [1985]). In any event, any error with respect to these issues was rendered harmless in light of the overwhelming evidence of the defendant's guilt (*see People v Basora,* 75 NY2d 992 [1990]; *People v Henry,* 306 AD2d 539 [2003]; *People v Patellis,* 305 AD2d 429 [2003]; *People v Materon, supra; People v Gluckowski,* 174 AD2d 752 [1991]). Schmidt, J.P., Santucci, Lifson and Covello, JJ., concur.